DAVID J. KAMINSKI. (State Bar No. 128509)
MICHAEL P. LAVIGNE (State Bar No. 216538)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
kaminskid@cmtlaw.com

Attorneys for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK CORIOSO,<br><br>          Plaintiff,<br><br>     vs.<br><br>ENCORE RECEIVABLE MANAGEMENT,<br><br>          Defendant. | CASE NO. 08-CV-01820-JAM-DAD<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ENCORE RECEIVABLE MANAGEMENT, INC.; ORDER** |

It is hereby stipulated between Plaintiff, Mark Corioso, through his counsel of record, Krohn & Moss Ltd., and by Defendant, Encore Receivable Management, Inc., through its counsel Carlson & Messer LLP, as follows:

1.     On or about October 1, 2008, Plaintiffs filed a "Motion for Entry of Default" against Defendant, Encore Receivable Management.  On or about October 2, 2008, the United States District Court for the Eastern District of California entered Default against Defendant, Encore Receivable Management.

2.     The parties stipulate and agree that there is good cause to set aside the default in the captioned matter because it resulted from confusion on the part of Defendant based on the fact that process was served on its agent for service of process in Nevada.  As a result of this confusion, Defendant did not respond to the complaint and only recently became aware of the mistake.

05815.00/148566                                              1                              STIPULATION TO SET ASIDE ENTRY OF DEFAULT

3. Since that time, Encore Receivable Management and counsel for Plaintiff have been working to try to resolve this matter, and settlement negotiations are ongoing.

4. Pursuant to agreement by the parties and based upon good cause, the subject Default should be set aside, and Defendant, Encore Receivable Management, shall be permitted to respond to the Complaint on file herein so that the case can be resolved on the merits.

Dated: October 28, 2008     Respectfully submitted,

By   /s Nicholas J. Bontrager
Nicholas J. Bontrager
KROHN & MOSS, LTD.
Attorneys for Plaintiff,
MARK CORIOSO

DATED: October 28, 2008     Respectfully submitted,

By   /s David J. Kaminski
David J. Kaminski
Michael P. Lavigne
CARLSON & MESSER LLP
Attorneys for Defendant,
ENCORE RECEIVABLE MANAGMENT, INC.

**IT IS SO ORDERED:**

Dated: October 28, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge