DAVID J. KAMINSKI. (State Bar No. 128509)
MICHAEL P. LAVIGNE (State Bar No. 216538)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
kaminskid@cmtlaw.com

Attorneys for Defendant, ENCORE RECEIVABLE
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK CORIOSO,<br><br>                Plaintiff,<br><br>    vs.<br><br>ENCORE RECEIVABLE<br>MANAGEMENT,<br><br>              Defendant. | CASE NO. 08-CV-01820-JAM-DAD<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION; ORDER** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE

COUNSEL OF RECORD:

      **PLEASE TAKE NOTICE** that Plaintiff MARK CORIOSO and Defendant ENCORE

RECEIVABLE MANAGEMENT, INC. hereby jointly file this Motion to Dismiss the above-

entitled action, in its entirety, with prejudice.  The parties have settled the above-entitled action in

its entirety.

/ / /

/ / /

/ / /

/ / /

05815.00/153234

The parties acknowledge that settlement is complete, and that the action may be dismissed with prejudice forthwith.

DATED: April 23, 2009          CARLSON & MESSER LLP

                               By      /s/ David J. Kaminski
                                       David J. Kaminski
                                       Michael P. Lavigne
                                       CARLSON & MESSER LLP
                                       Attorneys for Defendant,
                                       ENCORE RECEIVABLE MANAGEMENT, INC.

DATED: April 23, 2009          KROHN & MOSS, LTD.

                               By      /s/ Nicholas Bontrager
                                       Nicholas Bontrager
                                       KROHN & MOSS, LTD
                                       Attorneys for Plaintiff, MARK CORIOSO

## ORDER

The Court has reviewed the joint motion to dismiss with prejudice the entire action. Pursuant to the joint motion of the parties, the Court orders as follows:

That the entire action filed by Plaintiff MARK CORIOSO is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

## **IT IS SO ORDERED:**

Dated: April 23, 2009                          /s/ John A. Mendez
                                               United States District Judge